FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAMALJIT SINGH and SUKHBANS KAUR SHAHI, a married couple; and PARANBIR SINGH, PRABHSHAN KAUR SHAHI, and MEHTAB SINGH, their adult children,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services; TAMMY MILLER, in her official capacity as District Director for the Seattle Field Office of USCIS; KEITH BROWN, in his official capacity as Director for the Yakima Sub-Field Office of USCIS; TERRI ROBINSON, in her official capacity as Deputy Center Director for the National Benefits Center of USCIS; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security; MERRICK B. GARLAND, in his official capacity as United | NO. 4:23-CV-5140-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

States Attorney General; and
UNITED STATES OF AMERICA,

                Defendants.

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 13).  The Court has reviewed the record and files herein, and is fully informed.

According to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal executed by all parties who have appeared.  The parties here agree that Plaintiffs' claims against Defendants in the above-entitled matter should be dismissed without prejudice, with each side to bear its own costs and fees.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** without prejudice and without an award of costs or fees to any party.

The District Court Executive is directed to enter this Order, enter judgment or dismissal without prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED June 24, 2024.



                THOMAS O. RICE
            United States District Judge