Case 4:23-cv-05140-TOR    ECF No. 15    filed 06/24/24    PageID.274    Page 1 of 1

AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2024

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KAMALJIT SINGH and SUKHBANS KAUR SHAHI, a married couple; and PARANBIR SINGH, PRABHSHAN KAUR SHAHI, and MEHTAB SINGH, their adult children

*Plaintiff*

v.

UR M. JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services; TAMMY MILLER, in her official capacity as District Director for the Seattle Field Office of USCIS; KEITH BROWN, in his official capacity as Director for the Yakima Sub-Field Office of USCIS; TERRI ROBINSON, in her official capacity as Deputy Center Director for the National Benefits Center of USCIS; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security; MERRICK B. GARLAND, in his official capacity as United States Attorney General; and UNITED STATES OF AMERICA

*Defendant*

Civil Action No. 4:23-CV-5140-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 14, all claims and causes of action in this matter are DISMISSED without prejudice and without an award of costs or fees to any party.
Judgment of Dismissal without Prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.

Date: 6/24/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony